# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 540 |
|---|---|---|
| | : | |
| REAPPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2022, David R. Crowley, Esquire, Centre County, is hereby reappointed as a member of the Criminal Procedural Rules Committee for a term expiring January 1, 2029.